**Order entered January 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01389-CR

### EX PARTE CARL ALLEN WELCH

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31,927**

## ORDER

Before the Court is appellant's December 31, 2019 motion to extend the time to file his brief. We **GRANT** the motion. Appellant's brief is due by **February 14, 2020**. Because this is an accelerated appeal, the Court is unlikely to grant further extensions absent compelling circumstances.

The State's brief shall be due by **March 16, 2020**.

/s/    LANA MYERS
       JUSTICE